

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00463-CV

In Re J. Galvan, Annuitant

On Appeal from the
County Court at Law of Kleberg County, Texas
Trial Cause No. 14-231-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN INSURANCE AND ANNUITY COMPANY.

We further order this decision certified below for observance.

October 2, 2014